UNITED STATES of America, Plaintiff–Appellee,

v.

Rogelio PEREZ–GONZALEZ, Defendant–Appellant.

No. 08–50476.

United States Court of Appeals, Ninth Circuit.

---

Submitted May 25, 2010.*

Filed June 10, 2010.

Rebecca Suzanne Kanter, Assistant U.S., Southern District of California, San Diego, CA, for Plaintiff–Appellee.

Vincent James Brunkow, Esquire, Assistant Appellate Supervisor, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Rogelio Perez–Gonzalez appeals from the 70–month sentence imposed following his jury-trial conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Perez–Gonzalez contends that the district court erred by applying a 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii) because his prior convictions for assault with a deadly weapon, in violation of California Penal Code § 245(a)(1), and inflicting corporal injury on a spouse, in violation of California Penal Code § 273.5, do not qualify as crimes of violence under the Sentencing Guidelines. This contention is foreclosed. *See United States v. Grajeda,* 581 F.3d 1186, 1191–97 (9th Cir.2009) (holding that a conviction

under California Penal Code § 245(a)(1) is categorically a "crime of violence" under the Guidelines); *see also United States v. Laurico-Yeno,* 590 F.3d 818, 823 (9th Cir. 2010) (holding that a conviction under California Penal Code § 273.5 is categorically a "crime of violence" under the Guidelines).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

